# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **LARRY NEWSOME,** | |
| Plaintiff, | **8:13CV327** |
| vs. | |
| **COMMISSIONER OF SOCIAL SECURITY,** | **ORDER** |
| Defendant. | |

This matter is before the Court following the Court's order entered on March 18, 2014 (Filing No. 16) (the "Scheduling Order"). In the Scheduling Order, the Court ordered Plaintiff Larry Newsome to file a brief in support of the Plaintiff's position within 35 days from the date of the Scheduling Order. Plaintiff has not filed a brief in support of his position. Accordingly,

IT IS ORDERED: Plaintiff Larry Newsome shall show cause, in writing, on or before July 28, 2014, why this action should not be dismissed for failure to prosecute.

Dated this 14th day of July, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge