IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LARRY NEWSOME,<br><br>               Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>               Defendant. | CASE NO. 8:13CV327<br><br>ORDER OF DISMISSAL |

This matter is before the Court following the Court's order entered on March 18, 2014 (Filing No. 16) (the "Scheduling Order"), and the Court's Order to Show Cause entered on July 14, 2014 (Filing No. 18). In the Scheduling Order, the Court ordered Plaintiff Larry Newsome to file a brief in support of his position within 35 days from the date of the Scheduling Order.  He filed no brief in support of his position.  In the Order to Show Cause, the Court ordered Newsome to show cause, in writing, on or before July 28, 2014, why this action should not be dismissed for failure to prosecute.  In response, Newsome submitted a two-sentence note, stating that he is "sick & weak in my body & mind."  (Filing No. 19).  The Court concludes that Newsome has not complied with the Court's Scheduling Order and has not shown cause why the action should not be dismissed for failure to prosecute.

Accordingly,

IT IS ORDERED: The above captioned matter is dismissed, without prejudice.

Dated this 29th day of July, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge